IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDNA M. ANAYA,

      Plaintiff,

vs.                                      No.  12-cv-0415 SMV

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

      Defendant.

### ORDER GRANTING MOTION TO SEAL ADMINISTRATIVE RECORD

THIS MATTER is before the Court on Defendant's unopposed Motion to Seal Administrative Record [Doc. 14]. The Court, having read the motion, finding that Plaintiff concurs in the granting of the motion, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Seal Administrative Record is **GRANTED**, and that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED.**

                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**