IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDNA M. ANAYA,

       Plaintiff,

v.                                         No. 12-cv-0415 SMV

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

       Defendant.

## ORDER SETTING BRIEFING SCHEDULE

       THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum no later than **Monday, August 20, 2012**;

(2)     Defendant shall file a Response no later than **Monday, October 15, 2012**;

(3)     Plaintiff may file a Reply no later than **Tuesday, November 13, 2012**;

(4)     All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**